IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
COREY R. SANDERS,            )
                             )
      Plaintiff,             )
                             )    CIVIL ACTION NO.
      v.                     )    2:13cv329-MHT
                             )        (WO)
SANDRA GILES, Warden,        )
et al.,                      )
                             )
      Defendants.            )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining of defendants' failure to protect him from an assault he suffered at the hands of another inmate.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment be granted.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of July, 2016.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE